# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GLEN M. FALLIN,** | : | |
| **Plaintiff** | : | **No. 1:15-cv-00248** |
| | : | |
| v. | : | **(Judge Kane)** |
| | : | |
| **DAVID B. MUELLER,** | : | **(Magistrate Judge Carlson)** |
| **Defendant** | : | |

## ORDER

**AND SO**, this 21st day of April 2015, **IT IS HEREBY ORDERED THAT** Plaintiff's motions for reconsideration (Doc. No. 10) and to correct his complaint (Doc. No. 12) are **DENIED**, and Plaintiff may file an amended complaint within twenty days of the date of this order. **IT IS FURTHER ORDERED THAT** the case is referred back to Magistrate Judge Carlson.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
