# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GLEN M. FALLIN,** | : | |
| Plaintiff | : | No. 1:15-cv-00248 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **DAVID B. MUELLER, et al.,** | : | (Magistrate Judge Carlson) |
| Defendants | : | |

## ORDER

**AND NOW,** on this 19th day of August 2015, **IT IS HEREBY ORDERED THAT**:

1. Magistrate Judge Carlson's Report and Recommendation (Doc. No. 22) is **ADOPTED**;

2. Plaintiff's objections (Doc. No. 26) are **OVERRULED**;

3. Plaintiff's amended complaint (Doc. No. 18) is **DISMISSED WITH PREJUDICE**; and,

4. The Clerk of Court is directed to close the case.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
