# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GLEN M. FALLIN,** | : | |
| **Plaintiff** | : | No. 1:15-cv-00248 |
| | : | |
| v. | : | **(Judge Kane)** |
| | : | |
| **DAVID B. MUELLER, et al.,** | : | **(Magistrate Judge Carlson)** |
| **Defendants** | : | |

## ORDER

**AND NOW**, on this 15th day of December 2015, **IT IS HEREBY ORDERED THAT** Plaintiff's motion to alter or amend judgment (Doc. No. 30) pursuant to Federal Rule of Civil Procedure 59(e) is **DENIED**.

                                                           S/ Yvette Kane
Yvette                                               Kane, District Judge
                                                           United States District Court
                 Middle                                 District of Pennsylvania